Opinion issued June 14, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00076-CV

———————————

JAMES R.
HARRISON, Appellant

V.

CHAMBERS COUNTY, TEXAS, Appellee



 



 

On Appeal from the 344th District Court 

Chambers County, Texas



Trial Court Cause No. 25885

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Jennings and Keyes.